

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

November 30, 2017

Re:  16-3844, *Loring et al v. Southern Air Charter Company Ltd. Et al*

## LETTER ORDER

For the reasons stated during the recorded status conference held November 29, 2017, the Court finds that Defendants are delinquent in producing the discovery described at ECF No. 47. Defendants are to produce said discovery by no later than close of business on Friday, December 1, 2017, or risk sanctions to include adverse inferences drawn from Defendants' discovery violations and associated costs and fees.

If Defendants do not produce the outstanding discovery by the above-stated deadline, Plaintiffs may file a formal motion to compel by **December 4, 2017**.  Defendants' response to this motion is due **December 11, 2017.**

Additionally, to allow sufficient time to address this remaining discovery issue, the Court amends the briefing schedule on the motion to dismiss for lack of personal jurisdiction as follows:

| | |
|---|---|
| Defendants' Motion to Dismiss | **January 16, 2018** |
| Plaintiffs' Response | **February 13, 2018** |
| Defendants' Reply | **February 20, 2018** |

Despite the informal nature of this correspondence, it constitutes an order of the Court.

Sincerely,

_____/S/_____
PAULA XINIS
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**