IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| ALLA TUULIKKI LORING, ET. AL. | )<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 8:16-cv-03844-PX<br>)<br>) |
| SOUTHERN AIR CHARTER CO.,<br>LTD., ET AL. | )<br>)<br>) |
| Defendants. | ) |

### OPPOSITION TO MOTION TO COMPEL AND FOR SANCTIONS

COMES NOW Defendant, Alpha Gibbs, by and through his attorney, Bruce A. Johnson, Jr., and moves this Honorable Court to deny the Plaintiffs' Motion to Compel and For Sanctions. The Defendants have responded to the multitude of discovery requests to the best of their ability and complied with all of their discovery obligations. In support thereof, the Defendants aver as follows:

1. On or about November 30, 2016, Plaintiffs filed a Complaint for negligence (Counts I, II, and III) and breach of contract (Count IV) in the United States District Court for the District of Maryland alleging that Defendants failed to provide an airworthy aircraft and competent pilot to safety transport Decedent, Seldon Loring, from Eleuthera, Bahamas to Nassau, Bahamas. Decedent was allegedly a patron of Defendant Southern Air Charter Company Limited ("SACCL Bahamas"), and SACCL Bahamas transferred Decedent to a different aircraft owned and operated by a different airline due to overbooking. *See* Complaint ¶¶ 29, 31-32. The subject aircraft underwent complications during landing arising from purported aircraft defects and pilot

negligence, collectively causing Decedent's injuries and ultimate demise. *See* Complaint ¶¶ 41-52, 61-66, 71-76.

2. Mr. Gibbs owns Southern Air Charter Ltd(Maryland) and provides accounting services through his accounting firm to Southern Air Charter Company Ltd(Bahamas). Mr. Gibbs filed a Motion to Dismiss on the grounds that the Plaintiff failed to allege any facts to support personal liability on the part of Mr. Gibbs. Southern Air Charter Company Ltd (Bahamas) moved to dismiss on the grounds of lack of personal jurisdiction and improper service. Thereafter, the Court ordered discovery on the issue of jurisdiction only.

3. Plaintiff then sent a series of discovery requests, which consisted of interrogatories and document requests. Thirty-seven (37) document requests were propounded upon Southern Air Charter, Ltd.(Maryland), Forty-Two (42) document requests were propounded to Alpha Gibbs personally, and each was responded to based upon available information. Mr. Gibbs is a one-man operation accounting firm and juggled owning and operating his own accounting practice with assisting with producing documents responsive to the requests. Well over One-Hundred (100) pages of documents have been provided. The discovery requests were formidable, but Mr. Gibbs answered all them to the best of his ability and the information available to him. He also set for deposition for several hours. Understandably he has become frustrated by the onslaught of requests, but he has cooperated and obtain discoverable information to best of his ability. Never once has Mr. Gibbs failed or refused to provide discovery. Therefore, sanctions are unwarranted.

4. Most recently, Mr. Gibbs performed an exhaustive search for responsive documents and provided all that he had in response to the Court's most recent directive. Mr. Gibbs/Southern Air have no other tax returns other than the documents provided, no other checks confirming

payment to the accounting firm Alpha Gibbs, Chartered other than those provided and no other bank statements other than those already provided. Counsel previously advised Plaintiff's Counsel that the account numbers were not germane to the jurisdictional issue and they would not be provided. Accordingly, the Motion to Compel and For Sanctions should be denied.

5. The Plaintiff's attempt to have the Court allow adverse inferences is merely an attempt to circumvent the evidentiary requirements they cannot meet to satisfy jurisdiction.

WHEREFORE, Defendant, Alpha Gibbs, prays that this Honorable Court deny the Motion to Compel and For Sanctions.

Respectfully Submitted,

BRUCE A. JOHNSON, JR., LLC

_____/s/_____
Bruce A. Johnson, Jr., Esq.
Bar No. 10837
4301 Northview Drive
Bowie, Maryland 20716
(301) 860-1505
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Opposition was filed electronically this 11th day of December 2017, with a copy of same delivered to:

Anthony Tarricone, Esq.
Joseph P. Musacchio, Esq.
Kreindler & Kriendler, LLP
855 Boylston Street
Boston, Massachusetts 02116

Bruce M. Plaxen, Esq.
David A. Muncy, Esq.
Plaxen & Adler, P.D.
10211 Wincopin Circle, Suite 620
Columbia, Maryland 21044

_____/s/_____
Bruce A. Johnson, Jr.