IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN
DISTRICT OF MARYLAND

ALLA TUULIKKI LORING, ET. AL.   )
                                     )
        Plaintiffs,          )
                                     )
                                     )
        v.                  )     Civil Action No. 8:16-cv-03844-PX
                                     )
                                     )
SOUTHERN AIR CHARTER CO.,     )
LTD., ET AL.                   )
                                     )
        Defendants.        )

## REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S RESPONSE TO PLAINTIFF'S REPLY FILED IN SUPPORT OF THEIR MOTION TO COMPEL AND FOR SANCTIONS

COMES NOW Defendant, Alpha Gibbs, by and through his attorney, Bruce A. Johnson, Jr., and moves this Honorable Court to deny the Plaintiffs' Motion to Compel and For Sanctions. The Defendants have responded to the multitude of discovery requests propounded by the Plaintiffs to the best of their ability.

1. Mr. Gibbs' most recent production supports his contention that he has provided the Plaintiffs all the documents that he has. In fact, it has gotten to the point where he is providing duplicate documents to the Plaintiffs. The Defendants suggest that because Mr. Gibbs does not have some of the documents they are seeking he should be sanctioned. That is not the rule of law.

2. Instead of proving a relation between the parties (because they cannot) the Plaintiffs seek to have this Court provide the missing link they cannot do through competent admissible evidence.

3. The Motion to Compel should be denied. Information that does not exist cannot be compelled.

4. The Request for Sanctions should be denied. Mr. Gibbs had worked tirelessly to make sure any documents he has or has access to have been provided to the Plaintiffs. Accordingly, sanctions are not appropriate.

WHEREFORE, Defendant, Alpha Gibbs, prays that this Honorable Court deny Plaintiffs' Motion to Compel and For Sanctions.

Respectfully Submitted,

BRUCE A. JOHNSON, JR., LLC

_____/s/_____
Bruce A. Johnson, Jr., Esq.
Bar No. 10837
4301 Northview Drive
Bowie, Maryland 20716
(301) 860-1505
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Opposition was emailed this 23rd day of December 2017 to:

Anthony Tarricone, Esq.
Joseph P. Musacchio, Esq.
Kreindler & Kriendler, LLP
855 Boylston Street
Boston, Massachusetts 02116

Bruce M. Plaxen, Esq.
David A. Muncy, Esq.
Plaxen & Adler, P.D.
10211 Wincopin Circle, Suite 620
Columbia, Maryland 21044

_____/s/_____
Bruce A. Johnson, Jr.

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALLA TUULIKKI LORING, ET. AL. | ) |
| | ) |
|        Plaintiffs, | ) |
| | ) |
| | ) |
|     v. | )     **Civil Action No. 8:16-cv-03844-PX** |
| | ) |
| | ) |
| SOUTHERN AIR CHARTER CO., | ) |
| LTD., ET AL. | ) |
| | ) |
|        Defendants. | ) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Compel and For Sanctions, it is therefore this ___ day of _____, 2017,

ORDERED that the Motion to Compel and For Sanctions is DENIED.

_____

Paula Xinis
United States District Court Judge

Copies to:

Bruce A. Johnson, Jr., Esq.
4301 Northview Drive
Bowie, Maryland 20716

Anthony Tarricone, Esq.
Joseph P. Musacchio, Esq.
Kreindler & Kriendler, LLP
855 Boylston Street
Boston, Massachusetts 02116

Bruce M. Plaxen, Esq.
David A. Muncy, Esq.

Plaxen & Adler, P.D.
10211Wincopin Circle, Suite 620
Columbia, Maryland 21044