IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AILA TUULIKKI LORING, ET. AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 8:16-cv-03844-PX |
| ) | |
| SOUTHERN AIR CHARTER ) | |
| COMPANY, LTD., ET. AL. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STRIKE APPEARANCE OF COUNSEL

COMES NOW, Bruce A. Johnson, Jr., Esquire, a member of the bar of this court, and moves this Honorable Court to strike his appearance on behalf of Defendant, Southern Air Charter Company, LTD, et al. In support thereof, Counsel states as follows:

1. Southern Air Charter Company, Ltd. Et al, is the Defendant in a civil lawsuit involving the crash of a commercial aircraft in the Bahamas which lead to the death of Seldon Loring.

2. Southern Air Charter Company, Ltd, is being sued by the estate of Seldon Loring in this matter.

3. Southern Air Charter Company, Ltd. has notified Counsel that its insurance company will take over this case and the services of the Law Offices of Bruce A. Johnson, Jr., LLC will no longer be needed.

4. On August 23, 2018, a Notice of Appearance by Jonathan M. Stern, Esq. on behalf of Alpha Gibbs and Southern Air Charter Company Ltd., was filed in this Court.

5. Counsel is requesting that his appearance be stricken from the record in this matter.

6.      Counsel certifies he has provided to Defendant his intention to strike his appearance, in accordance with the Rules of this Court.

WHEREFORE, Counsel respectfully requests that this Honorable Court strike his appearance and that of his firm in the above-captioned matter.

Respectfully submitted,

BRUCE A. JOHNSON JR., LLC

/s/
Bruce A. Johnson, Jr., Esq.
4301 Northview Drive
Bowie, Maryland 20716
bajjlaw@aol.com
(301) 860-1505 (phone)
(301) 860-1508 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Strike Appearance of Counsel was filed electronically this 4th day of September 2018, with a copy of same delivered via email to Joseph P. Musacchio, Kreindler & Kreindler LLP, 855 Boylston Street, Boston, MA 02116 and via email and first-class mail, postage prepaid to Alpha Gibbs, 3115 Kyle Avenue, Springdale, Maryland 20774 and via email to: jstern@schnader.com, Jonathan M. Stern, Esq., Schrader, Harrison, Segal & Lewis, LLP, The Victor Building, 750 9th Street, NW, Suite 550, Washington, DC 20001-4534.

/s/
Bruce A. Johnson, Jr.